**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JOSHUA ROBIN** **CIVIL ACTION**

**VERSUS**

**TOTAL RECOVERY SERVICES, INC.** **NO. 26-00952-BAJ-RLB**

**ORDER**

Considering the Parties' **Joint Notice Of Settlement (Rec. Doc. 11)**, which reflects that the Parties have reached a compromise and settlement of all claims in this matter,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the Parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 19th day of October, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**